IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDDIE MARLOW, (SPN #01226099) Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION H-19-0282 |
| GILBERT RODRIGUEZ, Defendant. | § § § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on __January 30__, 2019.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2019\19-0282.a01.wpd